THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* SAMUEL LEFKOWITZ, Appellant.

(Argued October 1, 1931; decided October 20, 1931.)

*I. Nicholas Gordon* for appellant.

*Thomas C. T. Crain, District Attorney* (*Robert C. Taylor* of counsel), for respondent.

Judgment affirmed; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, LEHMAN, KELLOGG, O'BRIEN and HUBBS, JJ.